518 S.E.2d 317

USAIR, INC. and Reliance National Insurance
Company, Appellants,

v.

Robert S. JOYCE, Appellee.

Record No. 0357–97–4.

Court of Appeals of Virginia.

Nov. 20, 1998.

## ORDER

On November 18, 1998 came again the appellants, by counsel, and it appearing to the Court that the parties have settled the matters in controversy, it is ordered that this appeal be, and the same is hereby, dismissed.

This order shall be certified to the Virginia Workers' Compensation Commission.